Imperiale v Prezioso (2004 NY Slip Op 50666(U))

[*1]

Imperiale v Prezioso

2004 NY Slip Op 50666(U)

Decided on June 16, 2004

Supreme Court, Bronx County

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on June 16, 2004

Supreme Court, Bronx County
MICHELINA IMPERIALE and LEONARDO IMPERIALE, Plaintiffs,
against
MARIA T. PREZIOSO and LOUIS J. PREZIOSO, Defendants,

Opinion withdrawn from on-line only publication by the State Reporter. This opinion will be published in the Miscellaneous Reports. (See Imperiale v Prezioso, 2004 NY Slip Op 24262.)